# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| ADAM T. NORRIS II [A808915], | : Case No. 3:25-cv-00133 |
| Petitioner, | : |
| | : District Judge Michael J. Newman |
| vs. | : Magistrate Judge Caroline H. Gentry |
| | : |
| WARDEN, NORTH CENTRAL CORRECTIONAL COMPLEX, | : |
| Respondent. | : |

## ORDER CONCERNING MAIL FROM THIS COURT

Petitioner, a prisoner in the custody of the Ohio Department of Rehabilitation and Correction ("ODRC"), is seeking habeas corpus relief in this Court. In order to manage the case in a timely and efficient manner, the undersigned United States Magistrate Judge hereby **ORDERS** that mail from this Court addressed to Petitioner in this case is legal mail under *Sallier v. Brooks*, 343 F.3d 868, 877 (6th Cir. 2003). The ODRC is **ORDERED** to treat this Court's mail to Petitioner in this case as legal mail regardless of whether it bears a "control number."

The Clerk of Court is **DIRECTED** to serve a copy of this Order on **(1)** the Ohio Attorney General's Office at 30 E. Broad Street, 23rd Floor, Columbus, OH 43215; and **(2)** the Mailroom Supervisor at North Central Correctional Complex.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge