UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ADAM T. NORRIS,

      Plaintiff,

vs.

TOM WATSON,

      Defendant.

Case No. 3:25-cv-133

District Judge Michael J. Newman
Magistrate Judge Michael R. Merz

_____

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 13); (2) DISMISSING THIS CASE WITH PREJUDICE IN ITS ENTIRETY; (3) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND (4) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS***

_____

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael R. Merz (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Upon careful review of the foregoing, the Court determines that the Report and Recommendation is well-reasoned and should be adopted.  *See Rhines v. Weber*, 544 U.S. 269 (2005).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge in its entirety and **DISMISSES** this case **WITH PREJUDICE**.  Additionally, pursuant to 28 U.S.C. § 1915(a), the Court **CERTIFIES** that an appeal would not be taken in good faith and accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*. This case is **CLOSED**.

      **IT IS SO ORDERED.**

March 2, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge